THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | |
|---|---|
| DENTAL PROFILE, INC., | Case No.: 08-17148 |
| | Chapter 11 |
| Debtor. | Honorable Judge Jacqueline P. Cox |

### ORDER GRANTING UNCONTESTED MOTION FOR ORDER EXTENDING DEADLINE TO FILE OBJECTION TO DISCHARGE AND DISCHARGEABILITY COMPLAINTS

The above styled and numbered cause comes on pursuant to the Motion of the Creditor, Nereida Mendez, with the approval of the Debtor, to extend the deadline within which Nereida Mendez must file an objection to the dischargeability of the indebtedness owed to her by the Debtor. Creditor's Application should be and is hereby granted.

IT IS THEREFORE ORDERED THAT Creditor, Nereida Mendez, is granted an extension of time, an additional sixty days, until December 4, 2008, within which to file her dischargeability complaint herein.

Dated: __Oct. 15__, 2008    _____J. P. Cox_____
Judge, United States Bankruptcy Court