THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

DENTAL PROFILE, INC., and
DENTIST, P.C.,

         Debtors.

Case Nos.: 08-17148, 08-17149
(JOINTLY ADMINISTERED)

Honorable Jacqueline P. Cox

Chapter 11

## ORDER

This matter coming to be heard on Creditor's Motion to Use Video and Computer Technology at the Rule to Show Cause Hearing, and upon due consideration,

IT IS HEREBY ORDERED:

Creditor Nereida Mendez is granted leave to use computer and video technology at the Rule to Show Cause Hearing.

DATE: __Dec. 2__, 2009.

_J. Cox_ (signature: Jacqueline P. Cox)

UNITED STATES BANKRUPTCY JUDGE
Judge Jacqueline P. Cox