UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| DENTAL PROFILE, INC., *et al.*, | ) | CASE NO. 08 B 17148 |
| | ) | (Jointly Administered) |
| | ) | |
| DEBTORS. | ) | JUDGE JACQUELINE P. COX |

### ORDER DISMISSING CHAPTER 11 CASES

These cases having come before the Court on motions of the U.S. Trustee to dismiss the Chapter 11 cases of Dental Profile, Inc. and Dentist P.C., under 11 U.S.C. §1112(b), after due notice and a hearing, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Chapter 11 cases of Dental Profile, Inc. and Dentist P.C. are dismissed *and Debtors are barred from refiling for bankruptcy relief under any Chapter of the Bankruptcy Code for 2 years. JPC*

IT IS FURTHER ORDERED that the Debtors shall pay, on or before January 19, 2010, $1,300.00 in certified funds to the U.S. Trustee due under 28 U.S.C. §1930 and the Court hereby retains jurisdiction to enforce collection of same.

DATE: Jan. 12, 2010        ENTERED: *Jacqueline Cox*